UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jony Javier Barrera Flores,<br><br>                                    Petitioner,<br><br>v.<br><br>Patrick, DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; Todd M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Christopher J. LAROSE, Warden of Otay Mesa Detention Facility;<br><br>                                    Respondents. | Case No.:  26-cv-01761-GPC-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF NO. 7]** |

On April 3, 2026, the parties filed a joint motion to dismiss this action. ECF No. 7. Having reviewed the motion and for good cause appearing, the joint motion is hereby GRANTED. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

1

26-cv-01761-GPC-MSB

Dated:  April 3, 2026

Hon. Gonzalo P. Curiel
United States District Judge

26-cv-01761-GPC-MSB